[No. 69209-7-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL EDWARD LUSE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00762-9, George N. Bowden, J., entered July 3, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Lau and Spearman, JJ.

[No. 69252-6-I.   Division One.   August 5, 2013.]

JOHN H. THOMAS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-40291-6, Regina S. Cahan, J., entered August 3, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Spearman, J. Now published at 176 Wn. App. 809.

[No. 69330-1-I.   Division One.   August 5, 2013.]

*In the Matter of the Dependency of* M.A.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. MODESTER WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-7-00248-5, Jim Rogers, J., entered July 23, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Verellen, JJ.

[Nos. 69464-2-I; 69465-1-I.   Division One.   August 5, 2013.]

*In the Matter of the Dependency of* K.L.G. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. CYNTHIA GRAYSON, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 10-7-00822-1, Thomas J. Wynne, J., entered October 4, 2012. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Lau, J.